# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

**Brenda Ross,**

    **Plaintiff,**

v.

**Credit One Bank, N.A.,**

    **Defendant.**

Case No. 2:17-cv-718
Judge George C. Smith
Magistrate Judge Deavers

## ORDER

Having considered the joint stipulation by Brenda Ross ("Plaintiff") and Credit One Bank, N.A. ("Credit One") (Plaintiff and Credit One shall be collectively referred to as the "Parties"), to submit this matter to binding arbitration before the American Arbitration Association and to stay this matter, and with good cause shown, the Parties' joint stipulation is hereby **GRANTED**. This matter is stayed pending the outcome of the arbitration, and this Court shall retain jurisdiction until the arbitration award is confirmed by this Court.

Counsel for the Parties shall inform the Court of the conclusion of the arbitration and move for confirmation of the arbitration award within a reasonable time after the arbitration award is entered.

**IT IS SO ORDERED.**

_____
Honorable George C. Smith
Judge of the United States District Court